UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SCOTT HOLLENDER and MICHAEL QUILES, for themselves and all others similarly situated,

                         Plaintiffs,

- against –

SYNERGY GLOBAL FORUM INC., ALEXANDER MAKAROV, and OXDELLE JOSEPH,

                         Defendants

Docket No.: 17-CV-10172

**JUDGEMENT**

This action having been commenced on December 28, 2017, and a copy of the Summons and Complaint, dated December 28, 2017, having been served on Defendants, Synergy Global Forum, Inc. ("Synergy Global"), Alexander Makarov ("Makarov"), and Oxdelle Joseph ("Joseph") on January 19, 2018 and proof of Service having been filed on January 24, 2018; and corporate Defendant not having appeared with new counsel, and the time for appearing with new counsel having expired; and individual Defendants having failed to comply with the Court's Order dated September 27, 2018 directing the individual Defendants to submit a letter indicating whether they intend to defend against this suit; it is

**ORDERED, ADJUDGED, AND DECREED,** that Plaintiff Scott Hollender has a judgment against Defendants in a sum of $14,325.84, plus liquidated damages totaling $14,325.84, plus the amount owed for notice violations pursuant to NYLL §§ 195(1) and 195(3) totaling $8,600.00, plus prejudgment at 9% per annum from September 18, 2017 to November 19, 2018 totaling $ 905.47 through November 19, 2018, for a total of $ 38,157.15

**AND IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that Plaintiff Michael Quiles has a judgment against Defendants in a sum of $15,617.48, plus liquidated damages totaling $15,617.48, plus the amount owed for notice violations pursuant to NYLL §§

195(1) and 195(3) totaling 8,550.00, plus prejudgment at 9% per annum from September 19, 2017 to November 19, 2018 totaling $900.71, for a total of $40,685.17

**AND IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that Plaintiffs' counsel Virginia & Ambinder, LLP be awarded $21,972.50 in attorneys' fees and $930.36 in costs;

**AND IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York
November 19, 2018

By: _____
HON. JESSE M. FURMAN
United States District Judge

Defendants' Answer is hereby stricken.
The Clerk of Court is directed to close the case.